### 24796. SIMS v. THE STATE.

BROYLES, C. J. This case is controlled by the decision of this court in *Sims v. State*, ante, 278.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 21, 1935.

### 24804. POULO v. THE STATE.

BROYLES, C. J. The defendant was charged with possessing whisky. The case was tried by the judge of the criminal court of Atlanta, without the intervention of a jury, and a judgment finding the defendant guilty was rendered. The evidence adduced authorized the judgment, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 21, 1935.

*Ellis McClelland,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw, contra.*